UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DELIVERY AGENT, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-03828-EMC   (EDL)<br><br>**ORDER GRANTING REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

On June 30, 2015, Defendant CBS Broadcasting, Inc. requested to be excused from personally appearing at the settlement conference in this matter set for August 12, 2015 at 9:30 a.m.  There is no objection to this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance.  Therefore, it is hereby ORDERED that Defendant CBS Broadcasting, Inc. be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 12, 2015.

If the Court concludes that the absence of Defendant CBS Broadcasting, Inc. is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including Defendant CBS Broadcasting, Inc.

**IT IS SO ORDERED.**

Dated: July 1, 2015

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge