```
 1  HANSON BRIDGETT LLP
    GARNER K. WENG, SBN 191462
 2  gweng@hansonbridgett.com
    CHRISTOPHER S. WALTERS, SBN 267262
 3  cwalters@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:      (415) 777-3200
 5  Facsimile:      (415) 541-9366

 6  Attorneys for Defendants
    DELIVERY AGENT, INC.
 7  CBS BROADCASTING INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DELIVERY AGENT, INC.; S.F. GLOBAL SOURCING LLC; CBS BROADCASTING INC.; and SHANGHAI ORILAND TOYS CO., LTD.,<br><br>    Defendants. | CASE NO. CV 14-3828 EMC<br><br>**[PROP~~OS~~ED] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL** |
| AND RELATED CROSS-CLAIMS. | |

All parties hereto having stipulated to the following modification of the Court's CASE MANAGEMENT AND PRTRIAL ODER FOR JURY TRIAL (Dkt. 36, filed 4/24/15), and good cause appearing,

IT IS ORDERED that the court's CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL (Doc # 36) is hereby amended as follows:

| Event | Current Date | [Proposed] New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | 10/30/2015 | 12/14/2015 |
| Expert Reports | Opening reports by 11/13/2015 | Opening reports by 12/18/2015<br>Rebuttal reports by 1/14/2016 |

11458992.2

CV 14-3828 EMC

ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL

|  | Rebuttal reports by 12/18/2015 |  |
|---|---|---|
| Expert Discovery Cut-Off | 2/01/2016 | 2/01/2016 |
| Dispositive Motion Hearing Deadline | 3/10/2016 | 3/10/2016 |
| Final Pretrial Conference | 5/10/2016 | 5/10/2016 |
| Trial | 6/06/2016 | 6/06/2016 |

Dated: 8/25/2015

_____
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen