```
HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
DELIVERY AGENT, INC.
CBS BROADCASTING INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOLKMANIS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DELIVERY AGENT, INC.; S.F. GLOBAL SOURCING LLC; CBS BROADCASTING INC.; and SHANGHAI ORILAND TOYS CO., LTD.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO. CV 14-3828 EMC<br><br>[~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL |

All parties hereto having stipulated to the following modification of the Court's CASE MANAGEMENT AND PRETRIAL ODER FOR JURY TRIAL (Dkt. 36, filed 04/24/15) and ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL (Dkt. 45, filed 08/25/15), and good cause appearing,

IT IS ORDERED that the court's CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL (Dkt. 36) and ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL (Dkt. 45) are hereby amended as follows:

| Event | Current Date | [Proposed] New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | 12/14/2015 | ~~2/12/2016~~  1/29/16 |
| Expert Reports | Opening reports by 12/18/2015<br>Rebuttal reports by 1/14/2016 | ~~Opening reports by 2/19/2016~~<br>~~Rebuttal reports by 3/18/2016~~<br>Opening reports by 2/3/2016<br>Rebuttal reports by 3/2/2016 |
| Expert Discovery Cut-Off | 2/01/2016 | ~~4/08/2016~~ 3/14/2016 |
| Dispositive Motion Hearing Deadline | 3/10/2016 | ~~5/19/2016~~ 4/18/2016 |
| Final Pretrial Conference | 5/10/2016 | ~~7/19/2016~~ 6/14/2016 |
| Trial | 6/06/2016 | ~~8/08/2016~~ 7/11/2016 |

Dated: 10/13/15

_____
United States District Judge