H. MICHAEL BRUCKER LAW CORPORATION
H. MICHAEL BRUCKER (#36297)
5855 Doyle Street — Suite 110
Emeryville, California 94608
Telephone: (510) 654-6200
Facsimile: (510) 654-6166

STEVEN M. KIPPERMAN LAW CORPORATION
STEVEN M. KIPPERMAN (#40895)
220 Montgomery Street — Suite 1077
San Francisco, California 94104
Telephone: (415) 397-8600
Facsimile: (415) 397-0792

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOLKMANIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DELIVERY AGENT INC.; S.F. GLOBAL SOURCING LLC; CBS BROADCASTING, INC. and SHANGHAI ORILAND TOYS CO., LTD., <br><br> Defendants. | Case No. CV 14-03828 EMC <br><br> **STIPULATION OF DISMISSAL OF S.F. GLOBAL SOURCING LLC** |

1    IT IS STIPULATED that Plaintiff's action against S.F. GLOBAL SOURCING LLC only be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: January __, 2016

        H. MICHAEL BRUCKER LAW CORPORATION
        STEVEN M. KIPPERMAN LAW CORPORATION

        By_____
        Steven M. Kipperman
        Counsel for Plaintiff

Dated: January __, 2016

        MILLSTEIN & ASSOCIATES

        By_____
        David Millstein
        Counsel for S.F. GLOBAL SOURCING LLC

Dated: January __, 2016

        HANSON BRIDGETT LLP

        By_____
        Garner K. Weng
        Counsel for DELIVERY AGENT INC.; and
                CBS BROADCASTING, INC.

IT IS STIPULATED that Plaintiff's action against S.F. GLOBAL SOURCING LLC only be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: January __, 2016

H. MICHAEL BRUCKER LAW CORPORATION
STEVEN M. KIPPERMAN LAW CORPORATION

By_____
Steven M. Kipperman
Counsel for Plaintiff

Dated: January __, 2016

MILLSTEIN & ASSOCIATES

By_____
David Millstein
Counsel for S.F. GLOBAL SOURCING LLC

Dated: January 20, 2016

HANSON BRIDGETT LLP

By_____
Garner K. Weng
Counsel for DELIVERY AGENT INC.; and
CBS BROADCASTING, INC.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION OF DISMISSAL OF S.F. GLOBAL SOURCING LLC

Page 1