1  H. MICHAEL BRUCKER LAW CORPORATION
2  H. MICHAEL BRUCKER (#36297)
   5855 Doyle Street — Suite 110
3  Emeryville, California 94608
   Telephone: (510) 654-6200
4  Facsimile: (510) 654-6166
5
6  STEVEN M. KIPPERMAN LAW CORPORATION
   STEVEN M. KIPPERMAN (#40895)
7  220 Montgomery Street — Suite 1077
   San Francisco, California 94104
8  Telephone: (415) 397-8600
9  Facsimile: (415) 397-0792
10 Counsel for Plaintiff
11
12                UNITED STATES DISTRICT COURT
13
14                NORTHERN DISTRICT OF CALIFORNIA
15                     SAN FRANCISCO DIVISION
16
17
18 FOLKMANIS, INC.,              )
                                 )   Case No. CV 14-03828 EMC
19         Plaintiff,            )
                                 )
20      vs.                      )   **DISMISSAL OF ACTION**
                                 )   ORDER
21 DELIVERY AGENT INC.;          )
22 S.F. GLOBAL SOURCING LLC;     )
   CBS BROADCASTING, INC. and    )
23 SHANGHAI ORILAND TOYS         )
24 CO., LTD.,                    )
                                 )
25         Defendants.           )
26 _____ )
27
28

Pursuant to Rule 41(a)(1)(A)(ii), the undersigned – constituting all parties who have appeared and who remain in the action – stipulate as follows:

(1)  All remaining complaints, amended complaints, cross-complaints and/or amended cross-complaints be and hereby are dismissed.

(2)  As a result of the forgoing, the entirety of this action is now dismissed.

(3)  The dismissal provided above is with prejudice.

(4)  This dismissal is pursuant to a settlement reached by the parties by which each agreed to bear its own attorney fees and costs.

Dated:  May 4, 2016

        H. MICHAEL BRUCKER LAW CORPORATION
        STEVEN M. KIPPERMAN LAW CORPORATION


By   /s/
      Steven M. Kipperman
      Counsel for Plaintiff

Dated:  May 4, 2016

        HANSON BRIDGETT LLP


By   /s/
      Garner K. Weng
      Counsel for DELIVERY AGENT INC.
      and CBS BROADCASTING, INC.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

DISMISSAL OF ACTION                               Page 1